IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTY SMITH,

    Plaintiff,

v.                                           Case No. 4:17cv240-MW/CAS

WELLS FARGO BANK, N.A.,
DOES 1 – 10,

    Defendants.
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Plaintiff's Motion for Preliminary Injunction, ECF No. 14, is **DENIED**. The parties shall file a status report within ten (10) days of the resolution of the underlying state action. The file shall remain closed until that

1

time.

        **SO ORDERED on January 26, 2018.**

                                        **<u>s/Mark E. Walker</u>**
                                        **United States District Judge**