# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MARTY SMITH,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　**Case No. 4:17cv240-MW/CAS**

**WELLS FARGO BANK, N.A.,**
**DOES 1 – 10,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 32. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with court orders and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." The Clerk shall close the file.

**SO ORDERED on July 31, 2019.**

                              **s/ MARK E. WALKER**
                              **Chief United States District Judge**